## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GERALD GARCIA,**<br>*Plaintiff,*<br><br>              **v.**<br><br>**SAKS & COMPANY, LLC d/b/a SAKS OFF 5TH and O5 STORES,**<br>*Defendant.* | **CIVIL ACTION**<br><br>**NO. 24-0395** |

### ORDER RE: MOTION FOR SUMMARY JUDGMENT AND MOTION TO STRIKE

**AND NOW**, this 8th day of July, 2025, it is hereby **ORDERED** that Saks' Motion for Summary Judgment, ECF 38, is **GRANTED** and Saks' Motion to Strike, ECF 43, is **DENIED as moot**. The Clerk of Court shall close this case.

**BY THE COURT:**

**/s/ Michael M. Baylson**
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-395 Garcia v Saks & Co\24-00395 Order on Summary Judgment.docx